| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.    **CV 11-6341-JFW (PJWx)** | Date:  April 26, 2012 |
| Title:    Robert Smith -*v*- M/V Hanjin Osaka, et al. | |

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER REGARDING FILING OF BANKRUPTCY PETITION

   In light of the Chapter 7 Bankruptcy Petition filed in the United States Bankruptcy Court for the Central District of California, Case No. 12-bk-20908-RK ("Bankruptcy Action") by Plaintiff Robert Smith, the Court hereby **VACATES** all pretrial and trial dates set in this action.

   The parties shall file a joint status report every 90 days as to the status of the Bankruptcy Action.  The Clerk is hereby directed to **ADMINISTRATIVELY CLOSE** this action.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr